# COURT MINUTES

Page 3

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4     Date: 10/24/25     Time: 10:00 a.m.

Defendant: Alfredo Miranda     J#: 15725-512     Case #: 25-cr-20438-Gayles/Shaw-Wilder
AUSA: Michael Davis     Attorney: G.P. Della Fera (CJA)
Violation: Conspiracy to Distribute a Controlled Substance
Proceeding: Arraignment/Pretrial Detention Hearing     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: Temp Ptd
Bond Set at:     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
*Brady order NOT given*

Deft ore tenus motion to continue PTD and arraignment is Granted.

Time from today to 10/27 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
(PTD)/Bond Hearing: 10/27/25     10:00 am     Duty Magistrate Judge
Prelim/(Arraign) or Removal: 10/27/25  10:00 am     Duty Magistrate Judge
Status Conference RE:
D.A.R. 10:15:17     Time in Court: 10 minutes