# COURT MINUTES

## Magistrate Judge Lauren F. Louis

| Atkins Building Courthouse - 11th Floor | Date: 10/27/25 | Time: 10:00 a.m. |
|---|---|---|

Defendant: 2) Alfredo Miranda   J#: 15725-512   Case #: 25-20438-CR-GAYLES/SHAW-WILDER
AUSA: Jeremy Fugate   Attorney: G.P. DELLA FERA(CJA)
Violation: CONSP/PWID COCAINE
Proceeding: ARR/PTD   CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: PTD
Bond Set at:   Co-signed by:

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [x] **Not to encumber property**
- [ ] May not visit transportation establishments
- [x] **Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by USPO**
- [x] **Allowances: Medical needs, court appearances, attorney visits, religious, employment, movement as needed to care for***
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
Brady Order NOT given

***Defendant Arraigned***

***Defendant's ore tenus motion for entry of the Standing Discovery Order is Granted***

***STIP $200K PSB cosigned by Daughter (Leidys Miranda) & Girlfriend (France Ayata) (court inquired of cosignors) (no hrg. held) Court sets (released)***

***\*his mother & any other pre-approved allowances by USPO\****

***\*\*Brady order given\*\****

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:45:50/11:25:07   Time in Court: 20 mins