# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 03/26/2026   Time: 10:00 a.m.

Defendant:  Alfredo Miranda          J#: BOND          Case #: 25-CR-20438-GAYLES

AUSA:  Christopher Dykstra          Attorney:  G.P. Della Fera, Esq.-CJA

Violation:  Conspiracy to Distribute Controlled Substance

Proceeding:  Arraignment on Superseding Indictment          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: STIP- $200K PSB w/ Cosigners          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language:  Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

**BRADY Order Given 10.27.25**

*Defendant Arraigned:*

*Reading of Indictment Waived*

*Not Guilty plea entered*

*Juty trial demanded*

*Standing Discovey Order requested*

*Defendant's ore tenus request for entry of the Standing Discovery Order; granted*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:09:25          Time in Court:   2 mins

s/Lauren F. Louis          Magistrate Judge