UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

ALFREDO MIRANDA,

Defendant.

_____/

### STIPULATED FACTUAL PROFFER

The United States of America, ALFREDO MIRANDA (MIRANDA or "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 16, 2025, in Miami-Dade County, in the Southern District of Florida, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than fifteen (15) but less than fifty (50) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that, between at least September 2024 and September 2025, the Defendant conspired with co-defendant Reinaldo Fernandez, among others, to distribute and possess with the intent to distribute cocaine.

In late August 2025, law enforcement intercepted phone calls in which Fernandez spoke with MIRANDA and Yaniel Cardenal Frias and arranged to purchase cocaine from Cardenal

Frias, and, in turn, sell it to MIRANDA. On August 24 and 25, 2025, Fernandez purchased at least 17 kilograms of cocaine from Cardenal Frias and Jorge Victor Herrero Gamez for $12,000 per kilogram.

On August 25, 2025, Fernandez went to MIRANDA's residence in the Redlands and sold MIRANDA approximately 16 kilograms of cocaine for approximately $13,000 per kilogram. Fernandez then met with Cardenal Frias and Herrero Gamez at Fernandez's residence and paid them for the cocaine he had purchased from them.

Later on August 25, 2025, after Cardenal Frias and Herrero Gamez left Fernandez's residence, law enforcement stopped their vehicle. Law enforcement lawfully seized a large bundle of U.S. currency that was near the front center console. Law enforcement intercepted a phone call where Cardenal Frias accused Fernandez of setting Cardenal Frias up, but stated that law enforcement did not seize all of the currency. Law enforcement then observed Herrero Gamez hide a backpack in a restaurant bathroom trash can. Law enforcement seized the backpack, which contained additional bulk U.S. currency. In total, law enforcement seized $204,280 in narcotics proceeds from the vehicle, backpack, and trash can on August 25, 2025.

On August 27, 2025, law enforcement executed a federal search warrant at MIRANDA's residence. Law enforcement seized from a portable bathroom located in the back yard 16.3 kilograms of cocaine (as confirmed by the Drug Enforcement Administration laboratory) that MIRANDA had purchased from Fernandez. Law enforcement also seized from a shed approximately 1.5 kilograms of cocaine (as confirmed by the Drug Enforcement Administration laboratory) and approximately $41,056 of U.S. currency relating to narcotics trafficking.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a

reasonable doubt the Defendant's guilt as to the crime of Conspiracy to Distribute and Possess

with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 4/9/26          By: _____
                           DAYA NATHAN
                           ASSISTANT UNITED STATES ATTORNEY

Date: 04.04.2026      By: _____
                           G.P. DELLA FERA
                           ATTORNEY FOR DEFENDANT

Date: 04-04-26        By: _____
                           ALFREDO MIRANDA
                           DEFENDANT