**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cr-20438-GAYLES**

**UNITED STATES OF AMERICA,**

**vs.**


**ALFREDO MIRANADA,**

**Defendant.**

_____/

<u>**UNOPPOSED MOTION TO CONTINUE THE DATE OF SENTENCING HEARING**</u>


**COMES NOW,** Defendant **ALFREDO MIRANADA**, by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue the Date of Sentencing Hearing and in support thereof states as follows:

1.      Undersigned is CJA counsel for Defendant ALFREDO MIRANADA.

2.      The date of sentencing is currently set for July 9, 2026, at 11:00 AM.

3.      Counsel was away from Miami on business from June 25-28, 2026, unfortunately upon counsel's return through the date of filing of this motion counsel has been running a fever between 101.0 F and 102.0 F., per doctor's request he has been taking Azithromycin with limited success and has experienced deep lung congestion that is difficult to expel without having to cough violently.

4.      Counsel is not a doctor but is concerned that he may be suffering from Severe Viral Pneumonia or Bronchitis.

5.      Counsel plans on seeing doctor tomorrow to take x-rays of his lungs.

6.      Counsel has two concerns:

First, he does not want to spread this bacterial or viral infection to anyone else.

Finally, that counsel after a week of fighting this infection is exhausted.

7.      Counsel spoke to AUSA Daya Nathan on Friday to inform her of the situation and Ms. Nathan while the Courts were closed responded back that she is no opposed to a thirty-day continuance of Alfredo Mirandas sentencing date and  does not object to the continuation of the sentencing hearing.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court grant this Unopposed Motion to Continue the Date of Sentencing Hearing for a period of thirty days.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 5th[th] day of July 2026.

Respectfully submitted,

/s/ G. P. DELLA FERA

G.P. DELLA FERA, ESQ.
10800 Biscayne Boulevard, Suite 520
Miami, Florida 33161
(305) 892-4400
Florida Bar Number: 228060
gpdellafera@aol.com