**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20438-GAYLES**

**UNITED STATES OF AMERICA,**

**vs.**

**ALFREDO MIRANDA,**

**Defendant.**

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE DATE OF SENTENCING HEARING

**THIS CAUSE** comes before the Court on Alfredo Miranda's unopposed motion to continue the date of sentencing hearing for thirty (30) days. The Court having considered the pertinent portions of the record, and being otherwise fully advised on the premises, it is, thereupon

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

The sentencing hearing is continued to the _____ day of _____2026.

**DONE AND ORDERED** in Miami, Florida this ____day of July 2026.

_____
**DARRIN P. GAYLES
U. S. DISTRICT COURT JUDGE**

cc: all counsel of record.